UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBBIE COFFEY, <br><br> Plaintiff, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-0508 (JEB) |

**CONSENT MOTION TO EXTEND TIME TO ANSWER**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Bureau of Land Management ("BLM") moves this Court for an extension of time to answer Plaintiff's Amended Complaint in this Freedom of Information Act ("FOIA") case, to and including June 3, 2016. BLM's answer to Plaintiff's original Complaint (ECF No. 1) is due on May 4, 2016. Plaintiff has now filed an Amended Complaint. ECF No. 4 (filed on May 2, 2016).

Grounds for this motion follow: After the original Complaint in this FOIA action was filed, undersigned counsel primarily assigned to the case entered an appearance. ECF No. 3 (filed on April 22, 2016). Immediately thereafter, the Complaint was forwarded to the BLM for a litigation report. That report has not yet been received. Today, May 2, 2016, Plaintiff filed an Amended Complaint, ECF No. 4, and undersigned counsel has forwarded that filing to the BLM. The agency has requested that an extension of time be pursued. Undersigned counsel has contacted Plaintiff's counsel about the extension of time and he consents to the filing of an answer on or before June 3, 2016. Counsel also has proposed options for the briefing schedule to be set

after the answer has been filed. Accordingly, the parties will work together to bring this FOIA matter to issue as soon as is practicable.

This is BLM's first request for an extension of time in this case.

Accordingly, Defendant respectfully requests an extension of time to answer or otherwise respond to the Amended Complaint, to and including June 3, 2016. A proposed order is attached.

>Respectfully submitted,
>
>CHANNING D. PHILLIPS, D.C. Bar #415793
>United States Attorney
>for the District of Columbia
>
>DANIEL F. VAN HORN, D.C. Bar # 924092
>Chief, Civil Division
>
>_____/s/_____
>CLAIRE WHITAKER, Bar # 354530
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Washington, D.C. 20530
>(202) 252-2526 (office)
>Claire.Whitaker@usdoj.gov