UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE COFFEY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 16-0508 (JEB) |
| ) | |
| **BUREAU OF LAND** ) | |
| **MANAGEMENT** ) | |
| ) | |
| **Defendant.** ) | |

Proposed Order

Upon consideration of Defendant's Consent Motion for Extension of Time, and for good cause shown, it is this _____ day of _____, 2016

ORDERED, that said motion is granted. Defendants shall have to and including June 3, 2016, to answer or otherwise respond to Plaintiff's Amended Complaint.

_____
UNITED STATES DISTRICT JUDGE