UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBBIE COFFEY,<br><br>       Plaintiff,<br><br>v.<br><br>**BUREAU OF LAND MANAGEMENT**<br><br>       **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-0508 (JEB)<br>)<br>)<br>)<br>)<br>)<br>) |

### **DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Defendant submits that the following material facts are not in dispute:

1. Plaintiff forwarded a FOIA request on April 29, 2015, to Bureau of Land Management ("BLM") seeking the following information in connection with the BLM's Wild Horse & Burro Program:

> 1. All segregable portions of all emails, faxes, letters, and notes from telephone calls FROM Lili Thomas (who was the Contracting Officer's Representative, COR, listed on the long term holding contracts as being in charge of the BLM Long Term holding facilities) TO the long term holding contractors and managers/key personnel, AND all segregable portions of all emails, faxes, and letters FROM the long term holding contractors and managers/key personnel TO Lili Thomas (excluding invoices, since I have requested those records in a previous FOIA request). I request these records from the dates January 1, 2007 up until the date Lili Thomas retired (about Jan. 2015).

> [and]

> 2. All segregable portions of all emails, faxes, letters, and notes from telephone calls FROM Beatrice A. (Bea) Wade TO long term holding contractors and managers/key personnel, AND all segregable portions of all emails, letters and faxes TO Beatrice A. (Bea) Wade FROM long term holding contractors and managers/key personnel. (Again, excluding invoices.) I request these records from the dates of January 1, 2007 up until the date the records are gathered and sent to me.

Attachment 1 (Declaration of Ryan Witt, BLM FOIA Officer ("Witt Decl.")) at ¶¶ 5-6 and Exhibit A (FOIA Request).

 2. Plaintiff sought no inter-agency or intra-agency communications, only information between BLM long term holding facilities contractors and agency employees.  *Id.* at 1-2; Witt Decl. at ¶ 7.

 3. BLM conducted a search for records in all locations likely to have responsive records. Witt Decl. at ¶¶ 9 and 11. This included a search of the files of the two Wild Horse and Burro Office (WHBO) employees identified by Ms. Coffey in her FOIA request. *Id.*   Mr. Witt explained the search as follows:

> In response to Part 1 of Plaintiff's request, WHBO searched the paper and electronic files of Lili Thomas, National Wild Horse and Burro Specialist. The search terms used included: "long term holding contract", "contractor," "contractors," contracts," "Contracting Officer's Representative," "COR," and the names of all WHBO long-term holding facility locations [identified in Ms. Coffey's request].

Witt Decl. at ¶ 12.  The time frame of the search was the one identified by Ms. Coffey, i.e., from January 1, 2007 to the end of January 2014, when Ms. Thomas retired.  *Id.* at ¶ 13, *see also id.* Exhibit A at 1   In addition,

> In response to Part 2 of Plaintiff's request, WHBO searched the paper and electronic files of Beatrice Wade, Wild Horse and Burro Specialist.  The search terms used included: "long term holding contract", "contractor," "contactors," "contracts," "Contracting Officer's Representative," "COR," and {all 24 of the facilities listed [by Plaintiff in her request].  The timeframe of the search was from January 1, 2007 up to the end date of the search, September 8, 2015.

Witt Decl. at ¶ 14.  The WHBO search was of all the locations likely to contain the responsive records.  *Id.* at ¶ 11.

 4. By letter dated April 6, 2016, the BLM responded to Plaintiff's FOIA request and indicating that it had located 514 pages of responsive records.  *Id.* at Exhibit C.  It further

explained that redactions were made pursuant to FOIA Exemptions 3 and 5. *Id.* and Exhibit D (*Vaughn* Index).

5. During the course of this litigation, it was discovered that the documents withheld in full or in part were not responsive to Plaintiff's FOIA request. Witt Decl. at ¶¶ 18-20, Exhibit D (*Vaughn* Index). They were intra- or interagency communication, specifically excluded by Plaintiff, and/or not responsive to the request. *See id.* and Witt Decl., Exhibit A at 1.

6. Since only documents that were nonresponsive to Plaintiff's FOIA request were subject to redactions, the descriptive information in the *Vaughn* Index is provided only for the purpose of illustrating the nonresponsiveness of the documents to Plaintiff's request. *Id.* and Exhibit D (*Vaughn* Index).

7. All responsive documents were released in full. Witt Decl. ¶ 20.

            Respectfully submitted,

            CHANNING D. PHILLIPS, D.C. Bar #415793
            United States Attorney for the District of Columbia

            DANIEL F. VAN HORN, D.C. Bar # 924092
            Chief, Civil Division

By: _____/s/_____
            CLAIRE WHITAKER, Bar # 354530
            Assistant U.S. Attorney
            555 4th Street, N.W., E-4216
            Washington, D.C. 20530
            (202) 252-2526
            Claire.Whitaker@usdoj.gov