**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DEBBIE COFFEY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-0508 (JEB) |
| ) | |
| **BUREAU OF LAND** ) | |
| **MANAGEMENT** ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER**

Upon consideration of the parties' cross motion for summary judgment, the oppositions and replies thereto, and it appearing that the search was reasonably calculated to locate all responsive records and no responsive records were withheld from Plaintiff, it is this _____ day of

_____

ORDERED, that Plaintiff's motion for summary judgment be, and hereby is, denied;

FURTER ORDERED, that Defendant's motion for summary judgment is granted. This matter is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Copies to the parties by ECF filing