IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBBIE COFFEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 16-cv-00508-JEB |
| v. | ) |
| | ) |
| BUREAU OF LAND MANAGEMENT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Based upon consideration of Plaintiff's Motion for Summary Judgment, and all of the papers filed in support therewith, and the entire record of the parties filed in this action, it is hereby ORDERED that

1. Plaintiff's Motion for Summary Judgment is GRANTED, and,

2. The Defendants' Motion for Summary Judgement is DENIED.

SO ORDERED this _____ day of _____, 2016.

_____
United States District Court Judge

1 (End)