UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBBIE COFFEY,

    Plaintiff,

    v.

BUREAU OF LAND MANAGEMENT,

    Defendant.

Civil Action No. 16-508 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART;

2. Plaintiff's Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART; and

3. The parties shall submit a joint status report that includes a proposal for a schedule going forward by May 4, 2017.

IT IS SO ORDERED.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: April 20, 2017