## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE COFFEY,** )<br>　　　**Plaintiff,** )<br> )<br>**v.** )<br> )<br>**BUREAU OF LAND MANAGEMENT** )<br> )<br>　　　**Defendant,** )<br>_____ ) | Civil Action No. 16-0508-JEB |

### PLAINTIFF'S MOTION FOR
### ATTORNEYS' FEES AND COSTS

Plaintiff Debbie Coffey ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court, pursuant to Rule 54 of the Federal Rules of Civil Procedure and this Court's Minute Order of November 30, 2017, for an order granting Plaintiff's Motion for Attorneys' Fees and Costs for attorneys' fees in the amount of $82,132, for fees on fees in the amount of $30,749.60, for costs in the amount of $437.23, and for expert witness fees in the amount of $1,970.50 for a total amount of $115,289.33.

In support of this Motion, Plaintiff submits a Memorandum of Points and Authorities in Support of Plaintiff's Motion; the Second Supplemental Declaration of Debbie Coffey, the Supplemental Declaration of C. Peter Sorenson, and the Declarations of Daniel J. Stotter, Lance D. Quaranto, and Matt Kenna together with all attachments thereto. A proposed Order consistent with the relief sought is also attached.

Respectfully submitted this 18th day of January 2018.

\_\_\_/s/_____
C. Peter Sorenson (D.C. Bar Number 438089)
Sorenson Law Office
PO Box 10836
Eugene, Oregon 97440
petesorenson@gmail.com
(541) 606-9173
Lead Attorney for Plaintiff

Daniel J. Stotter (WI0015)
Stotter & Associates LLC
408 SW Monroe Ste. M210E
Corvallis, Oregon 97333
(541)738-2601
dstotter@qwestoffice.net
Attorney for Plaintiff