# Defendant's Exhibit:
## Plaintiff's Hours re: Opposition & Motion for Summary Judgment[1]
### Total Claimed: 70.4 hours; $32,033.40

## Hours re: Drafting Plaintiff's Motion for Summary Judgment

| DATE | EE | Activity | Description | Rate | Hours | Line Total | Adjustment | Adjusted Total |
|------|-----|----------|-------------|------|-------|-----------|-----------|----------------|
| 11/15/2016 | CPS | Correspondence | Confer with Lance Quaranto on tasks for P's MO SJ | 581 | 1.5 | 871.50 | | |
| 11/15/2016 | CPS | Draft | Draft motion for summary judgment | 581 | 0.9 | 522.90 | | |
| 11/15/2016 | LDQ | Meeting | Pete Sorenson re: tasks for December 5, 2016 Motion for Summary Judgment. Declaration of Debbie Coffey Plaintiffs Statement of Material Facts, Memorandum in Opposition, Motion & Order. PLUS Case law to use on above items | 332 | 1.5 | 498.00 | | |
| 11/15/2017 | CPS | Meeting | With Lance D. Quaranto re: tasks for December 5, 2016 Motion for Summary Judgment. Declaration of Debbie Coffey Plaintiffs Statement of Material Facts, Memorandum in Opposition, Motion & Order. PLUS Case law to use on above items | 581 | 1.5 | 871.00 | | |
| 11/16/2016 | CPS | Review Newly Released Documents | Review documents submitted by government | 581 | 0.9 | 522.90 | | |
| 11/16/2016 | CPS | Email | Review government docs and email to Mr. Quaranto | 581 | 0.5 | 290.50 | | |
| 11/16/2016 | LDQ | Revise | Motion for summary judgment and order granting motion for summary judgment | 332 | 0.5 | 166.00 | | |
| 11/17/2016 | CPS | Email | Email to client re: adequacy of search and search fees | 581 | 1.0 | 581.00 | | |
| 11/19/2016 | LDQ | Drafting | Memorandum of Law in Opp. Of D's Mo SJ in support of P's Mo SJ | 332 | 1.5 | 498.00 | | |
| 11/20/2016 | LDQ | Drafting | Statement of facts | 332 | 0.5 | 166.00 | | |
| 11/22/2016 | LDQ | Drafting | Memorandum of Law in Opp. Of D's Mo SJ in support of P's Mo SJ | 332 | 1.0 | 332.00 | | |
| 11/30/2016 | LDQ | Telephone Call | Debbie Coffey: Schedule final drafting of MSJ and supporting documents | 332 | 0.1 | 33.20 | | |
| 11/30/2016 | LDQ | Telephone Call | Telephone Call to Lance Quaranto re: Next Steps | 581 | 0.4nc | 232.40nc | N/C | 0.0 |

[1] These charts was created using Adobe Acrobat to convert Plaintiff's Exhibit 104 to an Excel Spreadsheet, then removing all non-summary judgment-related entries and re-sorting the remaining entries. Where Plaintiff's time records had adjusted the amount of time claimed, these charts includes the letters "nc" next to number of hours and the line total to reflect that those hours were not counted in the overall totals reflected at the bottom of each chart.

| DATE | EE | Activity | Description | Rate | Hours | Line Total | Adjustment | Adjusted Total |
|---|---|---|---|---|---|---|---|---|
| 12/01/2016 | CPS | Drafting | Draft statement of facts | 581 | 0.6 | 348.60 | | |
| 12/01/2016 | CPS | Legal Research | Review Stein Case | 581 | 0.4 | 232.40 | | |
| 12/01/2016 | CPS | Drafting | Review draft of legal memorandum | 581 | 1.2 | 697.20 | | |
| 12/02/2016 | RAK | Revise | Revise docs for December 5th filing | 157 | 2.6 | 408.20 | | |
| 12/02/2016 | CPS | Draft Declaration | Draft CPS declaration | 581 | 1.0 | 581.00 | | |
| 12/02/2016 | CPS | Review | Review of documents | 581 | 0.7 | 406.70 | | |
| 12/02/2016 | CPS | Statement of Facts | Review statement of facts | 581 | 1.1 | 639.10 | | |
| 12/02/2016 | CPS | Revise | Revise motion for summary judgment legal memo | 581 | 1.4 | 813.40 | | |
| 12/02/2016 | CPS | Revise | Revise memorandum of law | 581 | 1.8 | 1,045.80 | | |
| 12/03/2016 | CPS | Revise | Revise Plaintiff's statement of facts | 581 | 0.4 | 232.40 | | |
| 12/03/2016 | CPS | Revise | Revise declaration and memorandum of law | 581 | 5.2 | 3,021.20 | | |
| 12/03/2016 | CPS | Telephone Call | Telephone Call Lance Quaranto re: Statement of Facts | 581 | .3nc | 174.30nc | N/C | 0.0 |
| 12/03/2016 | CPS | Statement of Facts | Revise Statement of Facts | 581 | 2.3 | 1,336.30 | | |
| 12/03/2016 | LDQ | Revise | Plaintiff' Statement of Facts | 332 | 1.5 | 498.00 | | |
| 12/03/2016 | LDQ | Revise | Drafting and revising Memorandum of Law | 332 | 1.7 | 564.40 | | |
| 12/04/2016 | RAK | Revise | Revise December 5th filing docs | 157 | 1.5 | 235.50 | | |
| 12/04/2016 | CPS | Revise | Revise statement of facts, memorandum of law, and declaration | 581 | 6.8 | 3,950.80 | | |
| 12/04/2016 | CPS | Email | Email client regarding December 5th filing documents | 581 | 0.4 | 232.40 | | |
| 12/04/2016 | LDQ | Drafting | Editing Pl's memorandum | 332 | 4.3 | 1,427.60 | | |
| 12/03/2016 | RAK | Revise | Revise documents for December 5th filing | 157 | 2.4 | 376.80 | | |
| 12/05/2016 | RAK | Revise | Revise documents to file | 157 | 1.0 | 157.00 | | |
| | | | | | **49.7** | **22,557.80** | | |

## Hours re: Declaration of Debbie Coffey

| DATE | EE | Activity | Description | Rate | Hours | Line Total | Adjustment | Adjusted Total |
|------|-----|----------|-------------|------|-------|-----------|------------|----------------|
| 11/15/2016 | CPS | Email | Email to client re: declaration | 581 | 0.2 | 116.20 | | |
| 11/16/2016 | CPS | Draft | Draft declaration of client | 581 | 0.8 | 464.80 | | |
| 11/19/2016 | LDQ | Review | Review Declaration of Debbie Coffey | 332 | 1.0 | 332.00 | | |
| 11/19/2016 | LDQ | Telephone Call | Pete Sorenson re: Declaration of Debbie Coffey, items to leave in or leave out. | 332 | 0.2 | 66.40 | | |
| 11/19/2017 | CPS | Telephone Call | With Lance D Quaranto re: Declaration of Debbie Coffey, Items to leave in or out | 581 | 0.2 | 871.50 | | |
| 11/20/2016 | LDQ | Review | Review Declaration of Debbie Coffey | 332 | 1.0 | 332.00 | | |
| 11/20/2016 | LDQ | Email | Pete Sorenson and Debbie Coffey to confer on declaration | 332 | 0.2 | 66.40 | | |
| 12/01/2016 | CPS | Review File | Review draft Coffey declaration | 581 | 0.5 | 290.50 | | |
| 12/01/2016 | RAK | Revise | Revise Coffey declaration statement | 157 | 1.1 | 172.70 | | |
| 12/02/2016 | CPS | Draft Declaration | Draft Coffey declaration | 581 | 0.2 | 116.20 | | |
| 12/02/2016 | LDQ | Drafting | Declaration of Debbie Coffee Edits and Revision | 332 | 1.0 | 332.00 | | |
| 12/03/2016 | RAK | Revise | Revise declaration | 157 | 2.0 | 314.00 | | |
| 12/03/2016 | CPS | Revise | Revise Coffey declaration | 581 | 1.9 | 1,103.90 | | |
| | | | | | **10.3** | **4578.60** | | |

## Hours re: Review of FOIA Response Materials Produced in April 2016

| DATE | EE | Activity | Description | Rate | Hours | Line Total | Adjustment | Adjusted Total |
|------|-----|----------|-------------|------|-------|-----------|------------|----------------|
| 12/01/2016 | CPS | Review File | Review 514 pages of BLM produced records for use in MO/SJ | 581 | 3.0 | 1,743.00 | | |
| 12/01/2016 | LDQ | Review of File | Review of 514 Pages of BLM Responsive Records for use in MO/SJ | 332 | 3.1 | 1,029.20 | | |
| | | | | | **6.1** | **2,772.20** | | |

## Hours re: Review of Defendant's Summary Judgment Motion & Supporting Documents

| DATE | EE | Activity | Description | Rate | Hours | Line Total | Adjustment | Adjusted Total |
|------|-----|----------|-------------|------|-------|-----------|------------|----------------|
| 11/15/2016 | CPS | Review File | Review Defendant's motion for summary judgment | 581 | 0.4 | 232.40 | | |
| 11/17/2016 | CPS | Review File | Read Witt declaration subitted by government | 581 | 0.7 | 406.70 | | |
| 11/17/2016 | CPS | Review File | Review Defendant's legal memorandum | 581 | 1.7 | 987.70 | | |
| 11/18/2016 | LDQ | Review file | Review of Defendants Motion, Declaration of Ryan Witt and Defendants Memorandum of Law in support of MSJ | 332 | 1.5 | 498.00 | | |
| | | | | | **4.3** | **2,124.80** | | |