## Defendant's Exhibit:
## Hours re: Reply Brief and Settlement[1]

**Hours re: Reply Brief**

| DATE | EE | Activity | Description | Rate | Hours | Line Total | Adjustment | Adjusted Total |
|---|---|---|---|---|---|---|---|---|
| 02/01/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.6 | 348.60 | | |
| 02/03/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.1 | 639.10 | | |
| 02/04/2017 | LDQ | Research | Adequacy of Search Issues | 332 | 2.0 | 664.00 | | |
| 02/06/2017 | LDQ | Drafting | Draft Plaintiff's reply | 332 | 0.5 | 166.00 | | |
| 02/08/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.9 | 522.90 | | |
| 02/08/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.5 | 290.50 | | |
| 02/08/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.2 | 697.20 | | |
| 02/09/2017 | CJS | Drafting | Edit Plaintiff's reply | 157 | 1.7 | 266.90 | | |
| 02/09/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.4 | 232.40 | | |
| 02/09/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.1 | 639.10 | | |
| 02/11/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.8 | 1,045.80 | | |
| 02/11/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.7 | 987.70 | | |
| 02/11/2017 | LDQ | Drafting | Plaintiff's Reply Memorandum | 332 | 0.5 | 166.00 | | |
| 02/11/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.3 | 174.30 | | |
| 02/11/2017 | CJS | Drafting | Draft Plaintiff's reply | 157 | 2.1 | 329.70 | | |
| 02/12/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.9 | 522.90 | | |
| 02/12/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.3 | 755.30 | | |
| 02/12/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.8 | 464.80 | | |
| 02/12/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.7 | 987.70 | | |
| 02/13/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.9 | 1,103.90 | | |
| 02/13/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.5 | 290.50 | | |

---

[1] These charts was created using Adobe Acrobat to convert Plaintiff's Exhibit 104 to an Excel Spreadsheet, then removing all entries not related to preparing Plaintiff's reply brief or settlement and re-sorting the remaining entries. Where Plaintiff's time records had adjusted the amount of time claimed, these charts includes the letters "nc" next to number of hours and the line total to reflect that those hours were not counted in the overall totals reflected at the bottom of each chart.

| DATE | EE | Activity | Description | Rate | Hours | Line Total | Adjustment | Adjusted Total |
|---|---|---|---|---|---|---|---|---|
| 02/14/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.5 | 290.50 | | |
| 02/15/2017 | LDQ | Drafting | Reply Memorandum | 332 | 0.5 | 166.00 | | |
| 02/15/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.1 | 639.10 | | |
| 02/15/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 2.1 | 1,220.10 | | |
| 02/16/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.8 | 464.80 | | |
| 02/16/2017 | CPS | Legal Research | Reply Memorandum | 581 | 0.3 | 174.30 | | |
| 02/16/2017 | LDQ | Drafting | Reply Memorandum | 332 | 3.0 | 996.00 | | |
| 02/17/2017 | LDQ | Editing | Reply Memorandum, Declaration | 332 | 7.0 | 2,324.00 | | |
| 02/17/2017 | CJS | Edit/Revise | Draft Plaintiffs's reply, memo, and decl. | 157 | 9.5nc | 1491.50nc | N/C | 0.0 |
| 02/17/2017 | CPS | Memorandum | Work on memorandum of Law | 581 | 8.6 | 4,996.60 | | |
| | | | | | 47.40 | $22,566.70 | | |

## Hours re: Settlement

| DATE | EE | Activity | Description | Rate | Hours | Line Total | Adjustment | Adjusted Total |
|---|---|---|---|---|---|---|---|---|
| 06/02/2016 | CPS | Draft Email | Work on settlement offer to AUSA Whitaker | 581 | 0.5 | 290.50 | | |
| 06/02/2016 | CPS | Revise | Revise draft of settlement proposal AUSA Whitaker | 581 | 0.3 | 174.30 | | |
| 06/03/2016 | CPS | Email | Settlement proposal to AUSA Whitaker | 581 | 0.3 | 174.30 | | |
| 06/06/2016 | CPS | Email | Email to AUSA Whitkaer re: settlement proposal | 581 | 0.3 | 174.30 | | |
| 06/06/2016 | CPS | Email | Read email from AUSA Whitaker and respond re: settlement proposal | 581 | 0.2 | 116.20 | | |
| 06/08/2016 | CPS | Telephone call | Telephone call AUSA Whitaker re: settlement proposal | 581 | 0.2 | 116.20 | | |
| 06/08/2016 | CPS | Telephone call | Telephone call to client re: update client on settlement proposal | 581 | 0.1 | 58.10 | | |
| 08/12/2017 | CPS | Revise | Revise settlement proposal | 602 | 0.2 | 120.40 | | |
| 08/12/2017 | CPS | Telephone call | Telephone call with client re: approval to send settlement | 602 | 0.2 | 120.40 | | |
| 08/12/2017 | CPS | Email | Email to AUSA Whitaker re: settlement proposal | 602 | 0.1 | 60.20 | | |
| 08/13/2017 | CPS | Revise | Revise settlement offer; confer with client and send settlement offer to AUSA Whitaker | 602 | 0.6 | 261.20 | | |

| DATE | EE | Activity | Description | Rate | Hours | Line Total | Adjustment | Adjusted Total |
|---|---|---|---|---|---|---|---|---|
| 08/15/2017 | **CPS** | Email | Read email from AUSA Whitaker re: settlement search | 602 | 0.1 | 60.20 | | |
| 08/15/2017 | **CPS** | Settlement Offer | Settlement proposal for AUSA Whitaker | 602 | 0.4 | 240.80 | | |
| 10/09/2017 | **CPS** | Telephone call | Telephone call client re: settlement | 602 | 0.3 | 180.60 | | |
| 10/09/2017 | **CPS** | Drafting | Work on email to AUSA Whitaker re: Settlement | 602 | 0.8 | 481.60 | | |
| 10/12/2017 | **CPS** | Draft | Work on proposed JSR that settles case | 602 | 0.8 | 481.60 | | |
| 10/12/2017 | **CPS** | Draft | Work on proposed email to AUSA Whitaker to settle case | 602 | 0.9 | 541.80 | | |
| 10/13/2017 | **CPS** | Revise | Revise settlement proposal | 602 | 0.3 | 180.60 | | |
| 10/13/2017 | **CPS** | Revise | Revise settlement proposal | 602 | 1.4 | 842.80 | | |
| 10/13/2017 | **CPS** | Telephone Call | Telephone Call Dan Stotter re: Settlement Proposal | 602 | 0.1 | 60.20 | | |
| 10/13/2017 | **CPS** | Telephone Call | Telephone call client re: Client Approves settlement proposal | 602 | 0.5 | 301.00 | | |
| 10/13/2017 | **CPS** | Email | Finalize settlement and email to AUSA Whitaker | 602 | 0.2nc | 120.40nc | N/C | 0.0 |
| 11/04/2017 | **CPS** | Settlement Offer | Work on settlement proposal | 602 | 0.7 | 421.40 | | |
| 11/04/2017 | **CJS** | Time Entries | Compile and organize time entries for settlement purposes | 164 | 3nc | 4920nc | N/C | 0.0 |
| 11/04/2017 | **CJS** | Drafting | Draft fee settlement email (NSS) | 164 | 0.6nc | 98.40nc | N/C | 0.0 |
| 11/08/2017 | **CPS** | Settlement Offer | Work on settlement proposal | 602 | 0.9 | 541.80 | | |
| 11/08/2017 | **CJS** | Edit | Compile, edit, and organize time for settlement purposes | 164 | 1.1 | 180.40 | | |
| 11/27/2017 | **CPS** | Draft Settlement | Draft Settlement offer for submission to Defendant | 602 | 0.2 | 120.40 | | |
| 11/29/2017 | **CPS** | Email | Email to AUSA Whitaker concerning government's settlement offer | 602 | 0.1 | 60.20 | | |
| 11/29/2017 | **CPS** | Telephone call | Telephone call client, explains government offer to settle case | 602 | 0.1 | 60.20 | | |
| 11/30/2017 | **CPS** | Email | Email to AUSA Whitaker, rejected defense offer to settle and provided new settlement offer | 602 | 0.2 | 120.40 | | |
| | | | | | **11.9** | **6,542.10** | | |