EXHIBIT 301

Email Dated December 6, 2017

16-cv-0508-JEB

May 7, 2018

Fwd: narrowing proposal - Coffey v. BLM, 16-508-JEB

Pete Sorenson <petesorenson@gmail.com>  Mon, Apr 30, 2018 at 11:07 AM
To: Casey Scofield <cpslegalassistant1@gmail.com>

---------- Forwarded message ----------
From: **Pete Sorenson** <petesorenson@gmail.com>
Date: Wed, Dec 6, 2017 at 4:41 PM
Subject: narrowing proposal - Coffey v. BLM, 16-508-JEB
To: "Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov>, Claire Whitaker <████████████████> Daniel Stotter <dstotter@qwestoffice.net>

December 6, 2017

Ms. Claire Whitaker
Assistant U.S. Attorney
U.S. Attorney's Office
555 Fourth Street, NW - Civil Division
Washington, DC 20530

Phone No: (202) 252 - 2528

Re: Debbie Coffey v. Bureau of Land Management,
United States District Court for the District of Columbia,
Case no.16-cv-00508-JEB (our file: Coffey Contractor)

Dear Ms. Whitaker,

I am looking at the January 18, 2018 deadline for Plaintiff to file her Motion for Reasonable Costs and Attorney Fees.

I'm writing in hopes that you will consult with your client and agree with us to narrow a few matters:

1) Eligibility - This has been established through the Declarations our client has provided in this matter, as well as other information available to you and the BLM.

2) Entitlement - This has been established through the Declarations our client has provided in this matter, as well as other information available to you and the BLM.

3) Rate - We intend on asking the Court to award rates for the paralegals and attorneys using the rates that your office suggests for FOIA cases. Those rates are published at

https://www.justice.gov/usao-dc/file/796471/download

4) We are not asking you to agree to the reasonableness of our time expended, as that will be fully documented between now and the time we file.

We ask that you review this narrowing proposal with the BLM and let us know, as we are beginning our work on the Motion and would like to minimize the work and associated fees as much as possible.

Please let me know. If you have proposed language that you'd like to suggest, I would like to receive it.

Very truly yours,

C. Peter Sorenson
Sorenson Law Office

c: Daniel Stotter, co-counsel and attorney of record for plaintiff