EXHIBIT 302

Email Dated December 18, 2017

16-cv-0508-JEB

May 7, 2018

Fwd: narrowing the narrowoing proposal - Coffey v. BLM, 16-508-JEB

Pete Sorenson <petesorenson@gmail.com>                    Mon, Apr 30, 2018 at 11:07 AM
To: Casey Scofield <cpslegalassistant1@gmail.com>

---------- Forwarded message ----------
From: **Pete Sorenson** <petesorenson@gmail.com>
Date: Mon, Dec 18, 2017 at 11:43 AM
Subject: narrowing the narrowoing proposal - Coffey v. BLM, 16-508-JEB
To: "Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov>, Claire Whitaker ██████████████, Daniel
Stotter <dstotter@qwestoffice.net>

December 18, 2017

Ms. Claire Whitaker
Assistant U.S. Attorney
U.S. Attorney's Office
555 Fourth Street, NW - Civil Division
Washington, DC 20530

Phone No: (202) 252 - 2626

Re: Debbie Coffey v. Bureau of Land Management ,
United States District Court for the District of Columbia,
Case no.16-cv-00508-JEB (our file: Coffey Contractor)

Dear Ms. Whitaker,

I am looking at the January 18, 2018 deadline for Plaintiff to file her Motion for Reasonable Costs and Attorney Fees.

I'm writing in hopes that you will consult with your client and agree with us to narrow the issue of the appropriate rate for the Court to apply to Plaintiff's Motion.

We intend on asking the Court to award rates for the paralegals and attorneys using the rates that your office suggests for FOIA cases. Those rates are published at

https://www.justice.gov/usao-dc/file/796471/download

We ask that you review this proposal with the BLM and let us know, as we have begun our work on the Motion and would like to minimize the work and associated fees as much as possible.

I look forward to your favorable reply.

Very truly yours,

C. Peter Sorenson
Sorenson Law Office

c: Daniel Stotter, co-counsel and attorney of record for plaintiff