# Exhibit 303
## Attorney and Paralegal Time Records
## March 2016 - November 2017
## Merits Phase
## 16-cv-0508-JEB

## With Adjustments
## May 7, 2018

| DATE | EE | Activity | Description | Rate | Hours | Line Total | Adjustment | Adjusted Total |
|---|---|---|---|---|---|---|---|---|
| 03/10/2016 | CPS | Telephone call | Telephone call to client re: Confirm information for Complaint | 568 | 0.2 | 113.6 | | |
| 03/11/2016 | CPS | Review File | Reviewing the administrative record to draft the complaint | 568 | 2.0 | 1136.0 | | |
| 03/12/2016 | CPS | Drafting | Prepare summonses | 568 | 0.2 | 113.6 | | |
| 03/12/2016 | CPS | Draft | Draft complaint | 568 | 1.0 | 568.0 | | |
| 03/17/2016 | CPS | ECF File | ECF Processing, File Complaint | 157 | 0.2 | 31.4 | N/C | 0.0 |
| 03/17/2016 | CPS | Email | Email to US Attorney re: filing case | 568 | 0.2 | 113.6 | | |
| 03/17/2016 | CPS | Email | Email to client re: case filing | 568 | 0.2 | 113.6 | | |
| 03/21/2017 | CPS | Email | Email to Ms. Dawn Revely of the Wild Horse Freedom Federation re: Next Step in Case | 568 | 0.2 | 113.6 | | |
| 03/21/2016 | CPS | Telephone call | Telephone call Debbie Coffey re: Next Steps in Case | 568 | 0.2 | 113.6 | | |
| 03/23/2016 | CPS | Email | Email to client. Re: Costs advanced | 568 | 0.2 | 113.6 | | |
| 04/07/2016 | CPS | Draft | Amended complaint | 568 | 0.2 | 113.6 | | |
| 04/07/2016 | CJS | Draft | Amended complant. | 154 | 0.4 | 61.6 | | |
| 04/11/2016 | CPS | Telephone call | Telephone call Dan Stotter re: reporting progress on case | 568 | 0.5 | 284.0 | | |
| 04/11/2016 | CPS | Review File | Review file for recently released documents produced | 568 | 0.4 | 227.2 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/14/2016 | CPS | Telephone call | Telephone call Ms. Coffey re: newly released Documents | 568 | 0.1 | 56.8 | | |
| 04/27/2016 | CPS | Revise | Amended complaint | 568 | 0.2 | 113.6 | | |
| 05/02/2016 | CPS | Revise | Amended complaint | 568 | 0.7 | 397.6 | | |
| 05/02/2016 | RAK | Edit | Edit Amended Complaint | 154 | 0.7 | 107.8 | N/C | 0.0 |
| 05/02/2016 | CPS | Email | Read email from AUSA Whitaker concerning extension | 568 | 0.1 | 56.8 | | |
| 05/02/2016 | CPS | Email | Email to AUSA Whitaker concerning extension | 568 | 0.1 | 56.8 | | |
| 05/02/2016 | CPS | ECF File | ECF File Amended Complaint | 157 | 0.2 | 31.4 | N/C | 0.0 |
| 05/03/2016 | CPS | Telephone call | Telephone call AUSA Whitaker re: response to extension request | 568 | 0.2 | 113.6 | | |
| 05/03/2016 | CPS | Email | Email to AUSA Whitaker re: extension request | 568 | 0.2 | 113.6 | | |
| 05/06/2016 | CPS | Telephone call | Telephone call AUSA Whitaker re: granting extension | 568 | 0.2 | 113.6 | | |
| 05/06/2016 | CPS | Research | Legal research re: government cannot charge search fees | 568 | 2.0 | 1136.0 | | |
| 05/06/2016 | CPS | Email | Email to AUSA Whitaker re: government charge search fees to plaintiff and request return of search fees | 568 | 0.3 | 170.4 | | |
| 05/07/2016 | CPS | Email | Email to client re: explaining position on search fees | 568 | 0.2 | 113.6 | | |
| 05/20/2016 | CPS | Email | Email AUSA Whitaker re: motion to extend | 568 | 0.2 | 113.6 | | |
| 06/02/2016 | CPS | Email | Email to AUSA Whitaker | 581 | 0.2 | 116.2 | | |

| Date | Initials | Task | Description | Rate | Hours | Amount | | |
|------|----------|------|-------------|------|-------|--------|---|---|
| 06/02/2016 | CPS | Draft Email | Work on settlement offer to AUSA Whitaker | 581 | 0.5 | 290.5 | | |
| 06/02/2016 | CPS | Revise | Revise draft of settlement proposal AUSA Whitaker | 581 | 0.3 | 174.3 | | |
| 06/02/2016 | DJS | Drafting | Draft Notice of Appearance for DJS | 543 | 0.2 | 108.6 | | |
| 06/03/2016 | DJS | Review File | Review Defendants Answer & email AUSA Whitaker re: filing Amended Complaint | 543 | 0.2 | 108.6 | | |
| 06/03/2016 | CPS | Email | Settlement proposal to AUSA Whitaker | 581 | 0.3 | 174.3 | | |
| 06/03/2016 | CPS | Review | Review Defendant's answer | 581 | 0.2 | 116.2 | | |
| **06/06/2016** | **CPS** | **Review** | **Review court order** | **581** | **0.3** | **174.3**[1] | | |
| 06/06/2016 | CPS | Email | Email to AUSA Whitkaer re: settlement proposal | 581 | 0.3 | 174.3 | | |
| 06/06/2016 | CPS | Email | Read email from AUSA Whitaker and respond re: settlement proposal | 581 | 0.2 | 116.2 | | |
| 06/08/2016 | CPS | Telephone call | Telephone call AUSA Whitaker re: settlement proposal | 581 | 0.2 | 116.2 | | |
| 06/08/2016 | CPS | Telephone call | Telephone call to client re: update client on settlement proposal | 581 | 0.1 | 58.1 | | |
| 06/08/2016 | CPS | Drafting | Proposal on deadlines for briefing | 581 | 0.3 | 174.3 | | |
| 06/08/2016 | CPS | Email | Email to AUSA Whitaker concerning JSR | 581 | 0.2 | 116.2 | | |
| 06/09/2016 | CPS | Draft JSR | Prepare JSR | 581 | 0.2 | 116.2 | | |

[1] This time entry reduced from 0.3 to 0.1. *See* Sorenson 2d Supp Dec at paragraph 15(a).

| 06/09/2016 | CPS | Email | Email to AUSA Whitaker re:JSR | 581 | 0.2 | 116.2 | | |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/28/2016 | CPS | Telephone call | Telephone call to client re: briefing schedule | 581 | 0.1 | 58.1 | | |
| 09/06/2016 | CPS | Email | Read email from AUSA Whitaker re: JSR | 581 | 0.2 | 116.2 | | |
| 09/07/2016 | CPS | ORDER | Read court order | 581 | 0.2 | 116.2 | | |
| 09/26/2016 | CPS | Telephone call | Telephone call client re: Briefing schedule | 581 | 0.1 | 58.1 | | |
| 09/29/2016 | CPS | Email | Listen to message from AUSA Whitaker and email to AUSA Whitaker | 581 | 0.2 | 116.2 | | |
| 09/30/2016 | DJS | Telephone call | TC with Pete Sorenson re: Def's MET & proposed adjustment of schedule | 543 | 0.2 | 108.6 | | |
| 09/30/2016 | CPS | Telephone call | TC with Dan Stotter re: Def's MET and proposed adjustment of schedule | 581 | 0.2 | 116.2 | | |
| 09/30/2016 | CPS | Telephone call | Telephone call AUSA Whitaker re: proposed JSR | 581 | 0.1 | 58.1 | | |
| 09/30/2016 | DJS | Email | Email AUSA Whitaker re: MET for adjustment of briefing dates | 543 | 0.1 | 54.2 | | |
| 09/30/2016 | CPS | Review File | Review Defendant's revised schedule | 581 | 0.3 | 174.3 | | |
| 10/03/2016 | CPS | Email | Review court order and email to client | 581 | 0.2 | 116.2 | | |
| 10/14/2016 | CPS | Email | Review calendar and email to AUSA Whitaker re: briefing schedule | 581 | 0.2 | 116.2 | | |
| **10/28/2016** | **DJS** | **Telephone call** | **TC w/ AUSA Whitaker x 2 re: Def's MET & modification of briefing schedule** | **543** | **0.2** | **108.6**[2] | | |

2 This entry was an error and is removed from billing. *See* Sorenson 2nd Supp Dec at paragraph 9.

| 11/15/2016 | CPS | Review File | Review Defendant's motion for summary judgment | 581 | 0.4 | 232.4 | 3 |
|---|---|---|---|---|---|---|---|

[3] 0.4 in reduction of time towards adjustment of 11.8 hours removed from billing related to Reply Memo. *See* Sorenson 2nd Supp Dec paragraph 1.8.

| 11/15/2016 | CPS | Correspondence | Confer with Lance Quaranto on tasks for P's MO SJ | 581 | 1.5 | 871.5 | |
|---|---|---|---|---|---|---|---|
| 11/15/2016 | CPS | Draft | Draft motion for summary judgment | 581 | 0.9 | 522.9 | |
| 11/15/2016 | CPS | Email | Email to client re: declaration | 581 | 0.2 | 116.2 | |
| 11/15/2016 | LDQ | Meeting | Pete Sorenson re: tasks for December 5, 2016 Motion for Summary Judgment. Declaration of Debbie Coffey Plaintiffs Statement of Material Facts, Memorandum in Opposition, Motion & Order. PLUS Case law to use on above items | 332 | 1.5 | 498.0 | |
| 11/15/2017 | CPS | Meeting | With Lance D. Quaranto re: tasks for December 5, 2016 Motion for Summary Judgment. Declaration of Debbie Coffey Plaintiffs Statement of Material Facts, Memorandum in Opposition, Motion & Order. PLUS Case law to use on above items | 581 | 1.5 | 871.0 | |
| 11/16/2016 | CPS | Draft | Draft declaration of client | 581 | 0.8 | 464.8 | |

| 11/16/2016 | CPS | Review Newly Released Documents | Review documents submitted by government | 581 | 0.9 | 522.9 | | |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/16/2016 | CPS | Email | Review government docs and email to Mr. Quaranto | 581 | 0.5 | 290.5 | |
| 11/16/2016 | LDQ | Revise | Motion for summary judgment and order granting motion for summary judgment | 332 | 0.5 | 166.0 | |
| 11/17/2016 | CPS | **Review File** | **Read Witt declaration subitted by government** | **581** | **0.7** | **406.7[4]** | |

[4] 0.7 in reduction of time towards adjustment of 11.8 hours removed from billing related to Reply Memo. See Sorenson 2nd Supp Dec paragraph 1.8.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/17/2016 | CPS | Email | Email to client re: adequacy of search and search fees | 581 | 1.0 | 581.0 | |
| 11/17/2016 | CPS | Review File | Review Defendant's legal memorandum | 581 | 1.7 | 987.7 | |
| 11/18/2016 | LDQ | Review file | Review of Defendants Motion, Declaration of Ryan Witt and Defendants Memorandum of Law in support of MSJ | 332 | 1.5 | 498.0 | |
| 11/19/2016 | LDQ | Drafting | Memorandum of Law in Opp. Of D's Mo SJ in support of P's Mo SJ | 332 | 1.5 | 498.0 | |
| 11/19/2016 | LDQ | Review | Review Declaration of Debbie Coffey | 332 | 1.0 | 332.0 | |
| 11/19/2016 | LDQ | Telephone Call | Pete Sorenson re: Declaration of Debbie Coffey, items to leave in or leave out. | 332 | 0.2 | 66.4 | |
| 11/19/2017 | CPS | Telephone Call | With Lance D Quaranto re: Declaration of Debbie Coffey, Items to leave in or out | 581 | 0.2 | 871.5 | |

| 11/20/2016 | LDQ | Drafting | Statement of facts | 332 | 0.5 | 166.0 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| 11/20/2016 | LDQ | Review | Review Declaration of Debbie Coffey | 332 | 1.0 | 332.0 | | |
| 11/20/2016 | LDQ | Email | Pete Sorenson and Debbie Coffey to confer on declaration | 332 | 0.2 | 66.4 | | |
| 11/22/2016 | LDQ | Drafting | Memorandum of Law in Opp. Of D's Mo SJ in support of P's Mo SJ | 332 | 1.0 | 332.0 | | |
| 11/30/2016 | LDQ | Telephone Call | Debbie Coffey: Schedule final drafting of MSJ and supporting documents | 332 | 0.1 | 33.2 | | |
| 11/30/2016 | LDQ | Telephone Call | Telephone Call to Lance Quaranto re: Next Steps | 581 | 0.4 | 232.4 | N/C | 0.0 |
| 12/01/2016 | CPS | Review File | Review draft Coffey declaration | 581 | 0.5 | 290.5 | | |
| 12/01/2016 | CPS | Drafting | Draft statement of facts | 581 | 0.6 | 348.6 | | |
| 12/01/2016 | CPS | Legal Research | Review Stein Case | 581 | 0.4 | 232.4 | 5 | |

[5] 0.4 in reduction of time towards adjustment of 11.8 hours removed from billing related to Reply Memo. *See* Sorenson 2nd Supp Dec paragraph 1.8.

| 12/01/2016 | CPS | Drafting | Review draft of legal memorandum | 581 | 1.2 | 697.2 | 6 | |

[6] 1.2 in reduction of time towards adjustment of 11.8 hours removed from billing related to Reply Memo. *See* Sorenson 2nd Supp Dec paragraph 1.8

| 12/01/2016 | CPS | Review File | Review 514 pages of BLM produced records for use in MO/SJ | 581 | 3.0 | 1743.0 | | |
| 12/01/2016 | RAK | Revise | Revise Coffey declaration statement | 157 | 1.1 | 172.7 | | |
| 12/01/2016 | LDQ | Review of File | Review of 514 Pages of BLM Responsive Records for use in MO/SJ | 332 | 3.1 | 1029.2 | | |
| 12/02/2016 | RAK | Revise | Revise docs for December 5th filing | 157 | 2.6 | 408.2 | | |
| 12/02/2016 | CPS | Draft Declaration | Draft CPS declaration | 581 | 1.0 | 581.0 | | |

| 12/02/2016 | CPS | Review | Review of documents | 581 | 0.7 | 406.7 | | |
| 12/02/2016 | CPS | Statement of Facts | Review statement of facts | 581 | 1.1 | 639.1 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **12/02/2016** | **CPS** | **Revise** | **Revise motion for summary judgment legal memo** | **581** | **1.4** | **813.4** | | 7 |

7 1.4 in reduction of time towards adjustment of 11.8 hours removed from billing related to Reply Memo. See Sorenson 2nd Supp Dec paragraph 1.8.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **12/02/2016** | **CPS** | **Revise** | **Revise memorandum of law** | **581** | **1.8** | **1045.8** | | 8 |

8 1.8 in reduction of time towards adjustment of 11.8 hours removed from billing related to Reply Memo. See Sorenson 2nd Supp Dec paragraph 1.8.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/02/2016 | CPS | Draft Declaration | Draft Coffey declaration | 581 | 0.2 | 116.2 | | |
| 12/02/2016 | LDQ | Drafting | Declaration of Debbie Coffee Edits and Revision | 332 | 1.0 | 332.0 | | |
| 12/03/2016 | RAK | Revise | Revise declaration | 157 | 2.0 | 314.0 | | |
| 12/03/2016 | RAK | Revise | Revise documents for December 5th filing | 157 | 2.4 | 376.8 | | |
| **12/03/2016** | **CPS** | **Revise** | **Revise Coffey declaration** | **581** | **1.9** | **1103.9** | | 9 |

9 1.9 in reduction of time towards adjustment of 11.8 hours removed from billing related to Reply Memo. See Sorenson 2nd Supp Dec paragraph 1.8.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/03/2016 | CPS | Revise | Revise Plaintiff's statement of facts | 581 | 0.4 | 232.4 | | |
| 12/03/2016 | CPS | Revise | Revise declaration and memorandum of Law | 581 | 5.2 | 3021.2 | | |
| 12/03/2016 | CPS | Telephone Call | Telephone Call Lance Quaranto re: Statement of Facts | 581 | 0.3 | 174.3 | N/C | 0.0 |
| **12/03/2016** | **CPS** | **Statement of Facts** | **Revise Statement of Facts** | **581** | **2.3** | **1336.3** | | 10 |

10 2.3 in reduction of time towards adjustment of 11.8 hours removed from billing related to Reply Memo. See Sorenson 2nd Supp Dec paragraph 18.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/03/2016 | LDQ | Revise | Plaintiff' Statement of Facts | 332 | 1.5 | 498.0 | | |
| 12/03/2016 | LDQ | Revise | Drafting and revising Memorandum of Law | 332 | 1.7 | 564.4 | | |

| 12/04/2016 | RAK | Revise | Revise December 5th filing docs | 157 | 1.5 | 235.5 | | |
|---|---|---|---|---|---|---|---|---|
| 12/04/2016 | CPS | Revise | Revise statement of facts, memorandum of law, and declaration | 581 | 6.8 | 3950.8 | | |
| 12/04/2016 | CPS | Email | Email client regarding December 5th filing documents | 581 | 0.4 | 232.4 | | |
| 12/04/2016 | LDQ | Drafting | Editing PI's memorandum | 332 | 4.3 | 1427.6 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/05/2016 | RAK | Revise | Revise documents to file | 157 | 1.0 | 157.0 | | |
| 12/05/2016 | CPS | ECF File | Review filing process, ECF File | 157 | 1.0 | 157.0 | N/C | 0.0 |
| 12/05/2016 | CPS | Email | Email to Client | 581 | 0.1 | 58.1 | N/C | 0.0 |
| 12/05/2016 | CPS | Email | Email client on next steps | 581 | 0.2 | 116.2 | | |
| 12/20/2016 | CJS | Review File | Review Docket Report | 157 | 0.5 | 78.5 | N/C | 0.0 |
| 12/20/2016 | CPS | Review File | Review File | 581 | 0.2 | 116.2 | N/C | 0.0 |
| 12/28/2016 | RAK | Print Documents | Print Case Documents | 157 | 0.3 | 47.1 | N/C | 0.0 |
| 12/28/2016 | CPS | Review File | Review Case | 581 | 0.2 | 116.2 | N/C | 0.0 |
| 12/29/2016 | CPS | Email | Email to client for status update | 581 | 0.2 | 116.2 | | |
| 01/31/2017 | LDQ | Meeting | With Sorenson re: reply to D's Opp. MSJ & Reply to P's Opp. | 332 | 0.5 | 166.0 | | |
| 01/31/2017 | CPS | Meeting | With Quaranto re: reply to D's Opp. MSJ & Reply to P's Opp. | 581 | 0.5 | 291.0 | | |
| 02/01/2017 | CPS | Telephone call | Telephone call to Kel McClandin | 581 | 0.3 | 174.3 | | |
| 02/01/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.6 | 348.6 | | |
| 02/01/2017 | CPS | Telephone call | Telephone call to Lance Quaranto | 581 | 0.3 | 174.3 | | |
| 02/03/2017 | CPS | Draft Declaration | Draft declaration of Kelly declaration McClanahan | 581 | 0.7 | 406.7 | | |
| 02/03/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.1 | 639.1 | | |
| 02/04/2017 | CPS | Legal Research | Telephone call to Debbie Coffey Legal Research | 581 | 1.3 | 755.3 | | |
| 02/04/2017 | LDQ | Research | Adequacy of Search Issues | 332 | 2.0 | 664.0 | | |
| 02/06/2017 | LDQ | Drafting | Draft Plaintiff's reply | 332 | 0.5 | 166.0 | | |
| 02/08/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.9 | 522.9 | | |
| 02/08/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.5 | 290.5 | | |
| 02/08/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.2 | 697.2 | | |
| 02/08/2017 | CPS | Telephone call | Telephone call to Kel McClanahan | 581 | 0.2 | 116.2 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/09/2017 | CJS | Drafting | Edit Plaintiff's reply | 157 | 1.7 | 266.9 | |
| 02/09/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.4 | 232.4 | |
| 02/09/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.1 | 639.1 | |
| 02/10/2017 | CPS | Telephone call | Telephone call to Lance | 581 | 0.2 | 116.2 | |
| 02/11/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.8 | 1045.8 | |
| **02/11/2017** | **CPS** | **Drafting** | **Draft Plaintiff's reply** | **581** | **1.7** | **987.7** | 11 |

[11] 1.7 in reduction of time towards adjustment of 11.8 hours removed from billing related to Reply Memo. See Sorenson 2nd Supp Dec paragraph 18.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/11/2017 | LDQ | Review | Review Def's Opp to Pl's MSJ along with Supp Dec. of Ryan Witt | 332 | 1.0 | 332.0 | |
| 02/11/2017 | LDQ | Drafting | Plaintiff's Reply Memorandum | 332 | 0.5 | 166.0 | |
| 02/11/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.3 | 174.3 | |
| 02/11/2017 | CJS | Drafting | Draft Plaintiff's reply | 157 | 2.1 | 329.7 | |
| 02/12/2017 | LDQ | Drafting | Supplemental Declaration of Debbie Coffey | 332 | 1.5 | 498.0 | |
| 02/12/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.9 | 522.9 | |
| 02/12/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.3 | 755.3 | |
| 02/12/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.8 | 464.8 | |
| 02/12/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.7 | 987.7 | |
| 02/12/2017 | CPS | Telephone call | Review Mclanahan Declaration Telephone call to Lance Quaranto | 581 | 0.4 | 232.4 | |
| 02/12/2017 | CPS | Draft Declaration | Draft Pete's Declaration | 157 | 1.0 | 157.0 | |
| 02/13/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.9 | 1103.9 | |
| 02/13/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.5 | 290.5 | |
| 02/14/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.5 | 290.5 | |
| 02/15/2017 | LDQ | Drafting | Reply Memorandum | 332 | 0.5 | 166.0 | |

| 02/15/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 1.1 | 639.1 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| 02/15/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 2.1 | 1220.1 | | |
| 02/16/2017 | CPS | Drafting | Draft Plaintiff's reply | 581 | 0.8 | 464.8 | | |
| 02/16/2017 | CJS | Edit/Revise | Debbie Coffey Declaration | 157 | 1.1 | 172.7 | | |
| 02/16/2017 | CPS | Legal Research | Reply Memorandum | 581 | 0.3 | 174.3 | | |
| 02/16/2017 | LDQ | Drafting | Reply Memorandum | 332 | 3.0 | 996.0 | | |
| 02/17/2017 | LDQ | Editing | Reply Memorandum, Declaration | 332 | 7.0 | 2324.0 | | |
| 02/17/2017 | CJS | Edit/Revise | Draft Plaintiffs's reply, memo, and decl. | 157 | 9.5 | 1491.5 | N/C | 0.0 |
| 02/17/2017 | CPS | Draft Declaration | Work on Declaration of Debbie Coffey | 581 | 1.6 | 929.6 | | |
| 02/17/2017 | CPS | Memorandum | Work on memorandum of Law | 581 | 8.6 | 4996.6 | | |
| 02/20/2017 | CPS | **Draft Declaration** | **Work on Decl. of C. Peter Sorenson** | **581** | **1.7** | **987.7** | [12] | |

---

[12] This entry was an unintentional error and the 1.7 hours has been removed from billing. *See* Sorenson 2d Supp Dec at paragraph 12.

| 04/20/2017 | CPS | Email | Email to client re: court order and opinion | 581 | 0.5 | 290.5 | | |
| 04/21/2017 | CPS | Draft Email | Email to AUSA Ms. Whitaker re: Upcoming JSR | 581 | 0.2 | 116.2 | | |
| 04/21/2017 | CPS | Draft Email | Email client on next steps in litigation | 581 | 0.1 | 58.1 | | |
| 04/26/2017 | CPS | Telephone call | Telephone call to Ms. Whitaker re: requesting government position on upcoming JSR | 581 | 0.2 | 116.2 | | |
| 04/27/2017 | CPS | Telephone call | AUSA Whitaker re: JSR preparation | 581 | 0.1 | 58.1 | | |

| 05/04/2017 | CPS | Telephone call | Telephone call to AUSA Whitaker re: governments position on JSR schedule | 581 | 0.1 | 58.1 | | |
|------------|-----|----------------|--------------------------------------------------------------------------|-----|-----|------|--|--|

| 05/04/2017 | CPS | Telephone call | Telephone call from AUSA Whitaker re: BLM comments on proposed JSR | 581 | 0.1 | 58.1 | | |
|---|---|---|---|---|---|---|---|---|
| 05/04/2017 | CPS | Draft JSR | Draft JSR | 581 | 0.2 | 116.2 | | |
| 05/04/2017 | CPS | Proposed Order | Draft proposed order | 581 | 0.1 | 58.1 | | |
| 05/04/2017 | CPS | Telephone call | Telephone call with AUSA Whitaker re: changes BLM wants on JSR and Proposed Order | 581 | 0.1 | 58.1 | | |
| 05/04/2017 | CPS | Revise | Revise JSR and Proposed Order | 581 | 0.2 | 116.2 | | |
| 05/04/2017 | CPS | ECF File Documents | File JSR and Proposed Order | 157 | 0.1 | 15.7 | N/C | 0.0 |
| 05/04/2017 | CPS | Email | Email client with update on case and explaining next steps. | 581 | 0.1 | 58.1 | | |
| 06/28/2017 | CPS | Telephone call | Telephone call from AUSA Whitaker re govt requested MOET | 602 | 0.1 | 60.2 | | |
| 06/28/2017 | CPS | Telephone call | Telephone with client re: new dates to review records | 602 | 0.2 | 120.4 | | |
| 06/28/2017 | CPS | Telephone call | Telephone Call AUSA Whitaker re: new dates | 602 | 0.1 | 60.2 | | |
| 06/28/2017 | CPS | Review File | Review proposed order | 602 | 0.1 | 60.2 | | |
| 06/28/2017 | CPS | Email | Email to ASUA Whitaker approving MOET and Order | 602 | 0.1 | 60.2 | | |
| 07/06/2017 | CPS | Email | Email to AUSA Whitaker requesting enforcement of BLM search duty. | 602 | 0.2 | 120.4 | | |
| 07/26/2017 | CPS | Telephone call | Telephone Call to Client re: newly released material. | 602 | 0.1 | 60.2 | | |
| 07/26/2017 | CPS | Email | Email to Client re: Aug 24 JSR | 602 | 0.1 | 60.2 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/07/2017 | CPS | Telephone call | Telephone Client re: BLM release of records | 602 | 0.1 | 60.2 | | |
| 08/07/2017 | CPS | Review File | Review recently released documents to decide to oppose or pursue settlement | 602 | 0.6 | 361.2 | | |
| 08/07/2017 | CPS | Drafting | Draft email to AUSA Whitaker concerning inadequate search. | 602 | 0.5 | 301.0 | | |
| 08/12/2017 | CPS | Revise | Revise settlement proposal | 602 | 0.2 | 120.4 | | |
| 08/12/2017 | CPS | Telephone call | Telephone call with client re: approval to send settlement | 602 | 0.2 | 120.4 | | |
| 08/12/2017 | CPS | Email | Email to AUSA Whitaker re: settlement proposal | 602 | 0.1 | 60.2 | | |
| 08/13/2017 | CPS | Revise | Revise settlement offer; confer with client and send settlement offer to AUSA Whitaker | 602 | 0.6 | 261.2 | | |
| 08/15/2017 | CPS | Email | Read email from AUSA Whitaker re: settlement search | 602 | 0.1 | 60.2 | | |
| 08/15/2017 | CPS | Email | Email client asking her what search she might request | 602 | 0.1 | 60.2 | | |
| 08/15/2017 | CPS | Email | Read email from client re: search terms | 602 | 0.2 | 120.4 | | |
| 08/15/2017 | CPS | Settlement Offer | Settlement proposal for AUSA Whitaker | 602 | 0.4 | 240.8 | | |
| 08/17/2017 | CPS | Email | Email to AUSA Whitaker re: reminder and requested government dates for joint summary judgment | 602 | 0.2 | 120.4 | | |

| Date | | Type | Description | Code | Hours | Amount | | |
|------|------|------|-------------|------|-------|--------|------|------|
| 08/23/2017 | CPS | Email | Email to client re: proposed email to AUSA Whitaker | 602 | 0.2 | 120.4 | | |
| 08/23/2017 | CPS | Telephone call | Telephone call AUSA Whitaker re: request for search terms | 602 | 0.1 | 60.2 | | |
| 08/23/2017 | CPS | Telephone call | Telephone call with client re: proposed JSR | 602 | 0.1 | 60.2 | | |
| 08/23/2017 | CPS | Email | Email and telephone call to AUSA Whitaker re: proposed JSR | 602 | 0.2 | 120.4 | | |
| 08/23/2017 | NSS | Prepare | Prepare JSR | 164 | 0.2 | 32.8 | | |
| 08/23/2017 | CPS | Draft JSR | Draft JSR | 602 | 0.2 | 120.4 | | |
| 08/24/2017 | CPS | ECF File | ECF File JSR | 164 | 0.2 | 32.8 | N/C | 0.0 |
| 08/24/2017 | CPS | Email | Email to client updating her on next steps, including new BLM search for documents. | 581 | 0.2 | 116.2 | | |
| 09/18/2017 | CPS | Email | Email to Client to ascertain if she received records from BLM | 602 | 0.2 | 120.4 | | |
| 09/21/2017 | CPS | Email | Email to AUSA Whitaker concerning her failure to call me on BLM Search efforts and preparations of JSR. | 581 | 0.2 | 116.2 | | |
| 09/25/2017 | CPS | Telephone call | Telephone Call AUSA Whitaker re: Upcoming JSR | 602 | 0.1 | 60.2 | | |
| 09/25/2017 | CPS | Email | Email client re: preparation for JSR | 602 | 0.1 | 60.2 | | |
| 09/27/2017 | CPS | Telephone call | Telephone call AUSA Whitaker re: preparation of JSR | 602 | 0.2 | 120.4 | | |
| 09/27/2017 | CPS | Telephone call | Telephone call client re: preparation for JSR | 602 | 0.2 | 120.4 | | |

| 09/27/2017 | CPS | Email | Email from AUSA Whitaker and email to AUSA Whitaker re: new records and search | 602 | 0.2 | 120.4 | | |
|------------|-----|-------|----------------------------------------------------------------------------|-----|-----|-------|--|--|
| 09/28/2017 | CPS | Email | Email and telephone call to AUSA Whitaker concerning JSR | 602 | 0.1 | 60.2 | | |
| 09/28/2017 | CPS | Review File | Review BLM's MOET Proposal | 602 | 0.1 | 60.2 | | |
| 09/28/2017 | CPS | Email | Email to AUSA Whitaker improving MOET | 602 | 0.1 | 60.2 | | |
| 10/02/2017 | CPS | Telephone call | Telephone call Client re: needing Client to work on draft email to BLM regarding release of new documents | 602 | 0.2 | 120.4 | | |
| 10/03/2017 | CPS | Review File | Review records received from BLM to assist in challenging adequacy of search and improper withholding of possible settlement | 602 | 1.0 | 602.0 | | |
| 10/04/2017 | CPS | Telephone call | Telephone call Client re: working in response to AUSA Whitaker to recent release of records | 602 | 0.6 | 361.2 | | |
| 10/04/2017 | CPS | Draft Email | Work on email to AUSA Whitaker concerning inadequate production and failure to follow Court order | 602 | 0.7 | 421.4 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/06/2017 | **CPS** | Drafting | Draft email to AUSA Whitaker re: failure of BLM to comply with Court Order | 602 | 0.4 | 240.8 | |
| 10/09/2017 | **CPS** | Telephone call | Telephone call client re: settlement | 602 | 0.3 | 180.6 | |
| 10/09/2017 | **CPS** | Drafting | Work on email to AUSA Whitaker re: Settlement | 602 | 0.8 | 481.6 | |
| 10/12/2017 | **CPS** | Draft | Work on proposed JSR that settles case | 602 | 0.8 | 481.6 | |
| 10/12/2017 | **CPS** | Draft | Work on proposed email to AUSA Whitaker to settle case | 602 | 0.9 | 541.8 | |
| 10/13/2017 | CPS | Revise | Revise settlement proposal | 602 | 0.3 | 180.6 | |
| 10/13/2017 | CPS | Revise | Revise settlement proposal | 602 | 1.4 | 842.8 | |
| 10/13/2017 | CPS | Telephone Call | Telephone Call Dan Stotter re: Settlement Proposal | 602 | 0.1 | 60.2 | |
| 10/13/2017 | CPS | Telephone Call | Telephone call client re: Client Approves settlement proposal | 602 | 0.5 | 301.0 | |
| 10/13/2017 | CPS | Email | Finalize settlement and email to AUSA Whitaker | 602 | 0.2 | 120.4 | N/C | 0.0 |
| 10/14/2017 | CPS | Draft JSR | Draft JSR | 602 | 0.2 | 120.4 | |
| 10/14/2017 | CPS | Proposed Order | Draft proposed order | 602 | 0.2 | 120.4 | |
| 10/14/2017 | CPS | Email | Email to AUSA Whitaker explaining proposed JSR | 602 | 0.2 | 120.4 | |
| 10/14/2017 | KCS | Edit | Edit JSR and proposed order | 164 | 0.7 | 114.8 | |
| 10/16/2017 | CPS | ECF File | ECF file JSR | 164 | 0.2 | 32.8 | N/C | 0.0 |
| 11/04/2017 | CPS | Settlement Offer | Work on settlement proposal | 602 | 0.7 | 421.4 | |

| 11/04/2017 | CJS | Time Entries | Compile and organize time entries for settlement purposes | 164 | 3.0 | 492.0 | N/C | 0.0 |
|---|---|---|---|---|---|---|---|---|
| 11/04/2017 | CJS | Drafting | Draft fee settlement email (NSS) | 164 | 0.6 | 98.4 | N/C | 0.0 |
| **11/08/2017** | **CPS** | **Settlement Offer** | **Work on settlement proposal** | **602** | **0.9** | **541.8** | | |
| **11/08/2017** | **CJS** | **Edit** | **Compile, edit, and organize time for settlement purposes** | **164** | **1.1** | **180.4** | | 13 |

[13] These two entries on 11/08/17 were both removed from billing and were unintentional errors. See Sorenson 2d Supp Dec at paragraph 10.

| 11/26/2017 | CPS | Email | Email to AUSA Whitaker, suggesting dates for upcoming JSR | 602 | 0.2 | 120.4 | | |
|---|---|---|---|---|---|---|---|---|
| 11/27/2017 | CPS | Draft Settlement | Draft Settlement offer for submission to Defendant | 602 | 0.2 | 120.4 | | |
| 11/29/2017 | CJS | Draft JSR | Draft JSR | 164 | 0.5 | 82.0 | | |
| 11/29/2017 | CPS | Email | Email to AUSA Whitaker concerning government's settlement offer | 602 | 0.1 | 60.2 | | |
| 11/29/2017 | CPS | Telephone call | Telephone call client, explains government offer to settle case | 602 | 0.1 | 60.2 | | |
| 11/29/2017 | CPS | Draft JSR | Prepare JSR on attorney fee briefing | 602 | 0.3 | 180.6 | | |
| 11/30/2017 | CPS | Email | Email to client explaining new schedule | 602 | 0.2 | 120.4 | | |
| 11/30/2017 | CPS | Email | Email to AUSA Whitaker, rejected defense offer to settle and provided new settlement offer | 602 | 0.2 | 120.4 | | |
| 11/30/2017 | CJS | ECF File | ECF file JSR | 164 | 0.3 | 49.2 | N/C | 0.0 |