# EXHIBIT 304
# Attorney and Paralegal Time Records
# December 2, 2017 - January 15, 2018
# Fees on Fees Motion Phase
16-cv-0508-JEB

# With Adjustments
# May 7, 2018

DEBBIE COFFEY v. BUREAU OF LAND MANAGEMENT   16-cv-508-JEB   Exhibit B Time Records Between 12/2/2017 - 1/15/18

| Date | EE | Activity | Description | Rate | Hours | Line Total | Adjustment | Adjusted Total |
|---|---|---|---|---|---|---|---|---|
| 12/02/2017 | CPS | Drafting | Draft attorney fee motion | 602.00 | 1.5 | 903.00 | | |
| 12/03/2017 | CPS | Drafting | Draft attorney fee motion | 602.00 | 0.8 | 481.60 | | |
| 12/04/2017 | CPS | Drafting | Draft attorney fee memo | 602.00 | 1.2 | 722.40 | | |
| 12/04/2017 | CPS | Drafting | Draft motion for attorney fees | 602.00 | 0.3 | 180.60 | | |
| 12/04/2017 | CPS | Drafting | Draft proposed order granting attorney fees | 602.00 | 0.2 | 120.40 | | |
| 12/04/2017 | NSS | Research | Gathering documents from American Immigration Agency case | 164.00 | 0.8 | 131.20 | | |
| 12/04/2017 | NSS | Proposed Order | Draft proposed order and motion for attorney fees | 164.00 | 0.5 | 82.00 | | |
| 12/06/2017 | LDQ | Meeting | Meeting with CPS re: assignments, strategy and timeline for motion for attorney fees. | 332.00 | 1.0 | 332.00 | | |
| 12/06/2017 | CPS | Telephone call | Confer with Mr. Quaranto re: strategy and assignments for upcoming Motion for Attorney Fees | 602.00 | 1.0 | 602.00 | | |
| 12/06/2017 | CPS | Email | Email to AUSA Whitaker re: proposal to narrow issues of rate, eligibility and entitlement to fees | 602.00 | 0.2 | 120.40 | | |
| 12/11/2017 | CPS | Drafting | Draft motion for attorney fees | 602.00 | 0.7 | 421.40 | | |
| 12/14/2017 | CPS | Drafting | Draft points and Authorities on Motion for AF | 602.00 | 1.8 | 1,083.60 | | |
| 12/16/2017 | CPS | Drafting | Draft Points and Authorities Memorandum of Law | 602.00 | 0.8 | 481.60 | | |
| 12/16/2017 | CPS | Draft Declaration | Draft CPS Declaration | 602.00 | 1.0 | 602.00 | | |
| 12/18/2017 | CPS | Email | Email to AUSA, Whitaker re: narrowing proposal on rates to USAO Matrix | 602.00 | 0.2 | 120.40 | | |
| 12/18/2017 | CPS | Draft Declaration | Prepare draft declaration for Alexander English | 602.00 | 1.6 | 963.20 | | |
| 12/19/2017 | LDQ | Review of File | Review of record and filings preparing to draft motion for attorney fees | 332.00 | 0.1 | 33.20 | | |
| 12/20/2017 | CPS | Draft Declaration | Draft CPS Declaration | 602.00 | 2.0 | 1,204.00 | 1.0 | 602.00 |
| 12/20/2017 | CJS | Draft Declaration | Create draft of CPS declaration | 164.00 | 2.1 | 344.40 | 1.0 | 164.00 |
| 12/20/2017 | CPS | Draft Declaration | Work on declaration of C. Peter Sorenson | 602.00 | 1.0 | 602.00 | 0.5 | 301.00 |
| 12/22/2017 | CPS | Drafting | Draf points and authorities memorandum | 602.00 | 2.6 | 1,565.20 | | |
| 12/24/2017 | CPS | Drafting | Draft points and authorities memo in support of Plaintiff's motion for attorney fees. | 602.00 | 1.1 | 662.20 | | |
| 12/27/2017 | CPS | Revise | Work on improvements to C. Peter Sorenson declaration | 602.00 | 1.4 | 842.80 | | |
| 12/27/2017 | CPS | Revise | Revise Alexander English declaration | 602.00 | 0.4 | 240.80 | | |
| 12/28/2017 | LDQ | Drafting | Memorandum of attorney fees | 332.00 | 1.0 | 332.00 | | |
| 12/31/2017 | KL | Motion | Briefing and orientation on case for attorney fee motion | 164.00 | 1.0 | 164.00 | | |
| 12/31/2017 | CPS | Motion | Orientation session on assignment for attorney fee motion | 602.00 | 0.9 | 541.80 | | |
| 01/02/2018 | LDQ | Drafting | Attorney Fee Memorandum, research of relevant case law | 332.00 | 2.0 | 664.00 | | |
| 01/02/2018 | CPS | Telephone call | Telephone call to Alex English re: Declaration on reasonableness of time and rates. | 602.00 | 0.1 | 60.20 | | |
| 01/02/2018 | CPS | Declaration | Draft Declaration of Debbie Coffey for Attorney Fee Motion | 602.00 | 2.2 | 1,324.40 | | |
| 01/02/2018 | CPS | Email | Email to Mr. Matt Kenna, Fee Expert | 602.00 | 0.2 | 120.40 | | |
| 01/02/2018 | CPS | Declaration | Draft declaration of Daniel J. Stotter for Attorney Fee Motion | 602.00 | 0.4 | 240.80 | | |

| Date | Initials | Task | Description | Rate | Hours | Amount | Adj Hrs | Adj Amount |
|---|---|---|---|---|---|---|---|---|
| 01/02/2018 | CPS | Draft Declaration | Draft Declaration of Alexander English for Attorney Fee Motion | 602.00 | 1.1 | 662.20 | | |
| 01/02/2018 | CPS | Email | Read email from Matt Kenna, FOIA Fee Expert | 602.00 | 0.2 | 120.40 | | |
| 01/02/2018 | CPS | Email | Email Mr. Kenna, Explaing work on case. | 602.00 | 0.1 | 60.20 | | |
| 01/02/2018 | CPS | Telephone call | Telephone call to Client re: Need updated information for Supplemental Declaration of Debbie Cofffey | 602.00 | 0.4 | 240.80 | | |
| 01/02/2018 | KL | Review File | Review Attorney Work Product Time Records | 164.00 | 0.7 | 114.80 | | |
| 01/02/2018 | KL | Edit | Edit and revise Declaration of Alexander English | 164.00 | 1.0 | 164.00 | | |
| 01/02/2018 | KL | Revise | Revising Declaration of Daniel J. Stotter | 164.00 | 0.7 | 114.80 | | |
| 01/03/2018 | LDQ | Drafting | Outlining Second Supplemental Declaration of Debbie Coffey and begin drafting | **332.00** | **0.8** | **265.60** | | |
| 01/04/2018 | CPS | Telephone call | Telephone call to Matt Kenna re: reasonable hours and reasonable rates | 602.00 | 0.4 | 240.80 | | |
| 01/04/2018 | CPS | Telephone call | Telephone call to Client Review of Second Supplemental Declaration | 602.00 | 0.2 | 120.40 | | |
| 01/04/2018 | CPS | Declaration | Revise DJS Declaration | 602.00 | 0.4 | 240.80 | | |
| 01/04/2018 | CPS | Declaration | Revise CPS Declaration | 602.00 | 0.3 | 180.60 | | |
| 01/04/2018 | CPS | Revise | Revise Time Records including additional N/C entries | 602.00 | 0.5 | 301.00 | | |
| 01/04/2018 | CPS | Memorandum of Law | Revise Law Memorandum | 602.00 | 0.6 | 361.20 | | |
| 01/04/2018 | CPS | Memorandum of Law | Revise Memorandum of Law | 602.00 | 0.6 | 361.20 | | |
| 01/04/2018 | KL | Edit | Edit Law Memo | 164.00 | 0.2 | 32.80 | | |
| 01/04/2018 | KL | Edit | Edit CPS and Debbie Coffey Declarations | 164.00 | 0.5 | 82.00 | | |
| 01/04/2018 | KL | Edit | Edit Debbie Coffey Declaration | 164.00 | 1.4 | 229.60 | | |
| 01/04/2018 | KL | Edit | Edit Debbie Coffey Declaration | 164.00 | 0.4 | 65.60 | | |
| 01/04/2018 | KL | Edit | Edit and revise Memorandum of Law | 164.00 | 1.7 | 278.80 | 1.0 | 164.00 |
| 01/04/2018 | KL | Edit | Edit Memorandum of law Incorporate accurate timeline | 164.00 | 1.0 | 164.00 | | |
| 01/04/2018 | CJS | Drafting | Draft, Edit, and Revise Attorney Work Product Time Records | 164.00 | 2.3 | 377.20 | 1.0 | 164.00 |
| 01/05/2018 | LDQ | Drafting | Memorandum in Support of attorney fees re: factual background | 332.00 | 1.5 | 498.00 | | |
| 01/06/2018 | CPS | Revise | Revised the LDQ Declaration | 602.00 | 0.6 | 361.20 | | |
| 01/06/2018 | CPS | Review File | Review revised time records requested by Matt Kenna | 602.00 | 0.3 | 180.60 | | |
| 01/06/2018 | CPS | Revise | Revise Law Memorandum | 602.00 | 0.5 | 301.00 | | |
| 01/06/2018 | CPS | Revise | Revise CPS Declaration | 602.00 | 0.2 | 120.40 | | |
| 01/06/2018 | CPS | Revise | Revise CPS Declaration | 602.00 | 0.2 | 120.40 | | |
| 01/06/2018 | CPS | Revise | Revise LDQ Declaration | 602.00 | 0.2 | 120.40 | | |
| 01/06/2018 | CJS | Edit | Implement Mr. Kenna's Comments into Attorney Time Records | 164.00 | 0.8 | 131.20 | NC | 0.00 |
| **01/06/2018** | **CJS** | **Drafting** | **Draft time attorney time records after 11/30/2017 to present** | **164.00** | **1.3** | **213.20** | [1] | |

---

[1] This entry was incorrectly stated and removed from billing. *See* Sorenson 2d Supp Dec at paragraph 13(d).

| 01/06/2018 | CJS | Time Entries | Compile and compute Attorney Time in case for CPS | 164.00 | 0.9 | 147.60 | NC | 0.00 |

| Date | Initials | Activity | Description | Rate | Hours | Amount | | |
|---|---|---|---|---|---|---|---|---|
| 01/06/2018 | CJS | Time Entries | Compile and compute time in case for DJS | 164.00 | 0.5 | 82.00 | | |
| 01/06/2018 | CJS | Time Entries | Compile and compute time in case for LDQ | 164.00 | 0.6 | 98.40 | | |
| 01/06/2018 | CJS | Time Entries | Compile and compute dollar amount for DJS, CPS, LDQ, and Paralegals. | 164.00 | 1.0 | 164.00 | | |
| 01/06/2018 | KL | Drafting | Draft timeline on case for exhibit purposes. | 164.00 | 0.5 | 82.00 | | |
| 01/06/2018 | KL | Edit | Edit CPS Declaration | 164.00 | 0.2 | 32.80 | | |
| 01/06/2018 | KL | Revise | Cross referencing dates and statements for accuracy in Law Memo and CPS Decl. | 164.00 | 0.8 | 131.20 | | |
| 01/06/2018 | KL | Telephone call | Confer with Debbie Coffey on timeline and dates | 164.00 | 0.2 | 32.80 | | |
| 01/06/2018 | KL | Revise | Cross referencing dates and statements for accuracy in Law Memo and CPS Decl. | 164.00 | 0.3 | 49.20 | | |
| 01/06/2018 | KL | Edit | Edits to CPS Decl. | 164.00 | 0.3 | 49.20 | | |
| 01/06/2018 | KL | Edit | Editing Debbie Declaration | 164.00 | 0.5 | 82.00 | | |
| 01/06/2018 | KL | Edit | Edit LDQ's Declaration | 164.00 | 0.2 | 32.80 | | |
| 01/08/2018 | LDQ | Drafting | Second Supplemental Declaration of Debbie Coffey re: section review of records in preparation for settlement of case | 332.00 | 0.2 | 66.40 | | |
| 01/08/2018 | LDQ | Editing | Declaration of C. Peter Sorenson re: case history, key timed events, reasonable attorney fees standard. | 332.00 | 0.3 | 99.60 | | |
| 01/09/2018 | CPS | Revise | Revise Kenna Declaration | 602.00 | 0.3 | 180.60 | | |
| 01/09/2018 | CPS | Revise | Revise DJS Declaration | 602.00 | 0.2 | 120.40 | | |
| 01/10/2018 | LDQ | Editing | Review Declaration of Matt Kinna and make edits and corrections, prepare exhibit pages | 332.00 | 0.2 | 66.40 | | |
| 01/10/2018 | LDQ | Drafting | exhibit sheets for Declarations of CPS, DJS, LDQ, DC and MK. | 332.00 | 0.2 | 66.40 | | |
| 01/11/2018 | CPS | Revise | Revise CPS Declaration | 602.00 | 0.7 | 421.40 | | |
| 01/11/2018 | CPS | Revise | Revise and improve Debbie Coffey Supplemental Declaration. | 602.00 | 0.9 | 541.80 | | |
| 01/11/2018 | CPS | Revise | Revise and improve Law Memo | 602.00 | 0.6 | 361.20 | | |
| 01/11/2018 | CPS | Revise | Revise and improve Coffey Declaration | 602.00 | 0.6 | 361.20 | | |
| 01/11/2018 | CPS | Revise | Revise and Improve CPS Declaration | 602.00 | 0.6 | 361.20 | | |
| 01/11/2018 | CJS | Edit | Edit and revise CPS Declaration | 164.00 | 1.3 | 213.20 | | |
| 01/11/2018 | CJS | Edit | Edit and Revise Kenna Declaration | 164.00 | 1.2 | 196.80 | | |
| 01/11/2018 | CJS | Edit | Edit Supplemental Declaration of Debbie Coffey | 164.00 | 0.4 | 65.60 | | |
| 01/11/2018 | KL | Edit | Edit Exhibits and Law Memo | 164.00 | 1.2 | 196.80 | | |
| 01/11/2018 | KL | Format | Scrutinize citation formats and style in law memo | 164.00 | 0.3 | 49.20 | | |
| 01/11/2018 | CJS | Edit | Edits to the Supplemental Declaration of Debbie Coffey | 164.00 | 0.1 | 16.40 | | |

| Date | Initials | Activity | Description | Rate | Hours | Amount | | |
|---|---|---|---|---|---|---|---|---|
| 01/11/2018 | CJS | Edit | Edits to Law Memo | 164.00 | 0.2 | 32.80 | | |
| 01/12/2018 | CPS | Telephone call | Telephone call to Debbie Coffey re: Error in CPS Declaration Draft | 602.00 | 0.3 | 180.60 | | |
| 01/12/2018 | CJS | Drafting | Draft Exhibits 103, 104, 105 | 164.00 | 1.0 | 164.00 | | |
| 01/12/2018 | CJS | Drafting | Finalizing Exhibit 104 | 164.00 | 0.6 | 98.40 | NC | 0.00 |
| 01/12/2018 | CJS | Time Entries | Compose time records re: Post 11/30 to Present | 164.00 | 0.7 | 114.80 | | |
| 01/12/2018 | CJS | Drafting | Compose all Exhibits related to Plaintiff's Motion for Attorneys' Fees and Costs | 164.00 | 2.1 | 344.40 | | |
| 01/12/2018 | KL | Edit | Edits to Law Memorandum re: Correcting Citations | 164.00 | 1.4 | 229.60 | | |
| 01/12/2018 | KL | Edit | Edits to Law Memorandum Connecting Citations | 164.00 | 0.8 | 131.20 | | |
| 01/12/2018 | CPS | Revise | Revise Memorandum of Law | 602.00 | 1.8 | 1083.60 | | |
| 01/12/2018 | CPS | Review File | Review materials needed for Kenna Declaration | 602.00 | 0.5 | 301.00 | NC | 0.00 |
| 01/13/2018 | CPS | Edit | Final edits on CPS Declaration | 602.00 | 0.3 | 180.60 | | |
| 01/13/2018 | CPS | Edit | Edits to Law Memorandum | 602.00 | 0.2 | 120.40 | | |
| 01/13/2018 | KL | Edit | Edits to law memo | 164.00 | 2.3 | 377.20 | | |
| 01/13/2018 | CJS | Drafting | Draft Exhibit 109 | 164.00 | 0.7 | 114.80 | | |
| 01/13/2018 | CJS | Revise | Implement two new paragraphs in CPS Supplemental Declaration about expert witness Matt Kenna | 164.00 | 0.9 | 147.60 | NC | 0.00 |
| 01/13/2018 | CJS | Edit | Edit and revise declaration of Debbie Coffey | 164.00 | 1.0 | 164.00 | | |
| 01/13/2018 | CJS | Edit | Edit and revise Second Supplemental Declaration of CPS | 164.00 | 0.3 | 49.20 | | |
| 01/14/2018 | LDQ | Editing | Second Supplemental Declaration of Debbie Coffey re: review for corrections, add new information | 332.00 | 0.3 | 99.60 | | |
| 01/14/2018 | LDQ | Editing | Updating citations, verifying case law and researching new case law for four part test | 332.00 | 1.5 | 498.00 | 0.8 | 265.50 |
| 01/14/2018 | CPS | Edit | Edits to CPS Declaration | 602.00 | 0.5 | 301.00 | | |
| 01/14/2018 | CPS | Edit | Edits to Coffey Declaration | 602.00 | 0.4 | 240.80 | | |
| 01/14/2018 | CPS | Edit | Final edits to Law Memorandum | 602.00 | 0.8 | 481.60 | NC | 0.00 |
| 01/14/2018 | KL | Edit | Update Pete CPS Supplemental Declaration and Case Timeline | 164.00 | 0.7 | 114.80 | | |
| 01/14/2018 | KL | Edit | Edits to Law memorandum | 164.00 | 0.3 | 49.20 | | |
| 01/15/2018 | LDQ | Editing | Final review of memo and all declarations, make corrections to memo. | 332.00 | 1.0 | 332.00 | | |
| 01/15/2018 | LDQ | Editing | ctd editing memo for errors and continuity. begin linking pages numbers from declarations into memo | 332.00 | 0.8 | 265.60 | | |