# EXHIBIT 305
# Attorney and Paralegal Time Records
# February 2, 2018 – May 7, 2018
# Fees on Fees <u>Reply</u> Phase
# 16-cv-0508-JEB

# With Adjustments
# May 7, 2018

**Time Entries**

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 02/14/2018 | CPS | Briefing Schedule | Email to AUSA Seabrook approving modification in briefing schedule | 602.00 | 0.2 | 120.40 |
| 03/26/2018 | CPS | Plaintiff's Reply | Reading and analyzing Def Opp to Pl's Motion for Attorneys' fees to prep for drafting Plaintiff's reply | 602.00 | 0.4 | 240.80 |
| 03/26/2018 | CPS | Legal Research | Legal research on Attorneys' fee issues raised by Defendant | 602.00 | 0.4 | 240.80 |
| 04/02/2018 | CPS | Motion For Attorney Fees | Read and analyze "reasonable rate" section of Def's Opposition Memo to prepare Pl's reply | 602.00 | 1.2 | 722.40 |
| 04/05/2018 | CPS | Drafting | Draft section of reply memo on "block billing" | 602.00 | 0.3 | 180.60 |
| 04/05/2018 | CPS | Legal Research | Read Defendant's "Notice of Withdrawal" on attorney fee rate issue | 602.00 | 0.1 | 60.20 |
| 04/05/2018 | CPS | Legal Research | Draft portion of Plaintiff's Reply on reasonableness of rates | 602.00 | 0.3 | 180.60 |
| 04/11/2018 | CPS | Review File | Review and analyze 7 objections to time records on pp. 12-13 of Def's Opp to Attorneys' fees | 602.00 | 0.7 | 421.40 |
| 04/11/2018 | CPS | Review File | Review and analyze 3 objections to time records on p 15 of Def's Opp to Attorneys' fees | 602.00 | 0.6 | 361.20 |

| Date | Atty | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/11/2018 | CPS | Review File | Review and analyze 10 prior settlements listed on p. 21 of Def's Opp. to Attorneys' fees | 602.00 | 0.5 | 301.00 |
| 04/12/2018 | CPS | Drafting | Drafting CPS 2nd Supp Dec - Section on contacts with Defense Counsel on narrowing issues. | 602.00 | 0.2 | 120.40 |
| 04/12/2018 | CPS | Legal Research | Read section on Def's Opp on expert costs | 602.00 | 0.2 | 120.40 |
| 04/14/2018 | CPS | Legal Research | Research into items raised by Defendant on time keeping questions, in assistance of preparing Sorenson 2nd Supp Declaration | 602.00 | 1.5 | 903.00 |
| 04/14/2018 | CPS | Drafting | More work drafting on Sorenson 2nd supp dec | 602.00 | 1.6 | 963.20 |
| 04/14/2018 | CPS | Drafting | Drafting work on reply memo | 602.00 | 0.9 | 541.80 |
| 04/14/2018 | CPS | Drafting | Continued work drafting Reply Memo | 602.00 | 0.3 | 180.60 |
| 04/15/2018 | CPS | Legal Research | Legal research on what is "reasonable time" and gov't opposition, under Concerned Veterans case | 602.00 | 0.4 | 240.80 |
| 04/15/2018 | CPS | Drafting | More drafting of Reply Memo | 602.00 | 0.8 | 481.60 |
| 04/15/2018 | CPS | Email | Email to AUSA Seabrook, requesting extension to file reply | 602.00 | 0.1 | 60.20 |
| 04/17/2018 | KL | Edit | Work on edits per CPS on Sorenson 2nd Supp Dec. | 164.00 | 0.2 | 32.80 |
| 04/18/2018 | CPS | Edit | Revise consent motion extending time for Plaintiff's Reply on Attorneys' fees | 602.00 | 0.2 | 120.40 |
| 04/21/2018 | CPS | Reply | Work on outline for Reply | 602.00 | 0.4 | 240.80 |
| 04/22/2018 | CPS | Edit | Revise Reply Memo | 602.00 | 1.4 | 842.80 |
| 04/23/2018 | CPS | Edit | Continued revisions to Reply Memo | 602.00 | 1.2 | 722.40 |
| 04/23/2018 | CPS | Legal Research | Review Defendant's Opposition | 602.00 | 0.5 | 301.00 |
| 04/24/2018 | KL | Legal Research | Research to construct exhibit in response to Def. objections | 164.00 | 1.5 | 246.00 |
| 04/24/2018 | KL | Edit | Continued edits to reply memo per CPS | 164.00 | 0.2 | 32.80 |

| 04/24/2018 | CPS | Edit | Revise reply memo | 602.00 | 0.8 | 481.60 |
|---|---|---|---|---|---|---|
| 04/24/2018 | CPS | Edit | Continued revisions to Reply Memo | 602.00 | 0.6 | 361.20 |
| 04/24/2018 | CPS | Legal Research | Research on use of National Assn of Concerned Veterans in Reply Memo | 602.00 | 0.7 | 421.40 |
| 04/24/2018 | CPS | Legal Research | Review Bloomgarden v. US DOJ for use in Reply Memo | 602.00 | 0.2 | 120.40 |
| 04/25/2018 | CPS | Legal Research | Review and compare Def Oppo, pp 1-11 with time records to assist in preparing exhibit to Sorenson 2nd Supp Dec | 602.00 | 1.4 | 842.80 |
| 04/25/2018 | KL | Legal Research | Read 10 page CPS draft reply to assist in preparing counterpoints to oppo and related documents; making notes and comparing to Def's Oppo | 164.00 | 1.7 | 278.80 |
| 04/25/2018 | KL | Legal Research | Review Def's Oppo pgs 1-11 and compare with time records for use in Exhibit to CPS 2nd Supp Dec | 164.00 | 1.5 | 246.00 |
| 04/26/2018 | CPS | Drafting | Review and respond to pp 12-23 of Def's Oppo to assist in preparing 2nd supp dec for CPS | 602.00 | 2.0 | 1,204.00 |
| 04/26/2018 | KL | Legal Research | Reviewing pages 12-23 of Def's Oppo for use in developing a point by point listing for CPS 2nd Supp Dec and editing related to the creation of this point by point listing | 164.00 | 2.1 | 344.40 |
| 04/26/2018 | KL | Edit | Editing CPS 2nd Supp Dec document per CPS edits | 164.00 | 0.4 | 65.60 |
| 04/27/2018 | CPS | Drafting | Draft portion of Reply Memo on failure of Settlement which is no bar to recovery of attorneys' fees | 602.00 | 0.2 | 120.40 |
| 04/27/2018 | CPS | Drafting | Draft portion of Sorenson 2nd supp dec on how time records were processed and reviewed for billing judgment | 602.00 | 0.2 | 120.40 |
| 04/27/2018 | CPS | Edit | Revise Reply Memo section on additional application of billing judgment | 602.00 | 0.9 | 541.80 |
| 04/27/2018 | CPS | Drafting | Draft portion of Reply Memo on summary of computations | 602.00 | 0.3 | 180.60 |

| Date | Initials | Task | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/27/2018 | CPS | Drafting | Draft portion of Reply Memo to include reference to Defendant's Answer to Amended Complaint | 602.00 | 0.2 | 120.40 |
| 04/28/2018 | KL | File Documents | Filing MET, Proposed Order; respond to system asking for filing info on Def's Oppo. | 164.00 | 0.2 | 32.80 |
| 04/28/2018 | CPS | Drafting | Draft Reply Memo section responding to allegations of "block billing" | 602.00 | 0.2 | 120.40 |
| 04/28/2018 | CPS | Drafting | Draft Reply Memo section responding to allegations of excessive billing | 602.00 | 0.2 | 120.40 |
| 04/28/2018 | CPS | Drafting | Draft Reply Memo section responding to allegations of lack of contemporaneous billing | 602.00 | 0.2 | 120.40 |
| 04/28/2018 | CPS | Reply | Review Reply Memo in current form | 602.00 | 0.2 | 120.40 |
| 04/28/2018 | CPS | Drafting | Draft Reply Memo section responding to allegations that case is "simple", with specific inferences to the record | 602.00 | 0.5 | 301.00 |
| 04/29/2018 | KL | Edit | Edits (i.e. adding proper ECF Nos. in Reply, checking for grammar and spelling, punctuation, underlining cases, and related editing on the Reply Memo | 164.00 | 2.8 | 459.20 |
| 04/29/2018 | CPS | Edit | Editing Second Supp Dec of C. Peter Sorenson | 602.00 | 1.7 | 1,023.40 |
| 04/29/2018 | CPS | Edit | Edits on Reply Memo | 602.00 | 0.5 | 301.00 |
| 04/29/2018 | CPS | Edit | Continued edits on Reply Memo | 602.00 | 2.0 | 1,204.00 |
| 04/30/2018 | CPS | Edit | Edit Reply Memo | 602.00 | 1.7 | 1,023.40 |
| | | | **Totals:** | | **39.7** | **$19,256.60** |