**EXHIBIT 306**

**March 2016 – May 2018**

**16-cv-0508-JEB**

**May 7, 2018**

**SUMMARY FOR ALL WORK TO DATE, REASONABLE COSTS AND FEES**

The following information is provided to the Court to assist in the determination of reasonable fees to be awarded in this litigation:

**1. Costs:  $2,407.73**

**2. Fees on Merits Phase**:  **$73,341.20**

**3. Fees on Fees Motion Phase:  $30,536.40**

**4. Fees on Fees Motion Reply Phase:  $19,256.60**

**5. Total of All Costs and Fees:  $125,541.93**