# Exhibit 307
# Email with AUSA re Settlement

# 16-cv-0508-JEB

 Gmail

## Fwd: Coffey v. BLM - United States District Court for the District of Columbia, Case No. 16-cv-00508-JEB

Pete Sorenson <petesorenson@gmail.com>                    Thu, May 3, 2018 at 10:36 AM
To: Casey Scofield <cpslegalassistant1@gmail.com>

---------- Forwarded message ----------
From: **Pete Sorenson** <petesorenson@gmail.com>
Date: Mon, Jun 6, 2016 at 1:26 PM
Subject: Coffey v. BLM - United States District Court for the District of Columbia, Case No. 16-cv-00508-JEB
To: "Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov>, Daniel Stotter <dstotter@qwestoffice.net>


June 6, 2016


Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. E-4216
Washington, D.C. 20530
202-252-2526 (o)
240-506-0502 (C)


RE: Coffey v. BLM - United States District Court for the District of Columbia, Case No. 16-cv-00508-JEB

Dear Ms. Whitaker,

This email is being sent to you pursuant to FRCP 408 as part of a negotiation over a possible settlement of this case.







Very truly yours,

C. Peter Sorenson
Attorney at Law
PO Box 10836
Eugene, Oregon 97440

541-606-9173

petesorenson@gmail.com

c: Daniel Stotter

CONFIDENTIALITY NOTICE: The information contained in this transmission is legally privileged and confidential, intended only for the use of the individual or entity named as the addressee. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution, or copying of this communication is prohibited. If you received this communication in error, please notify us immediately by telephone call to 541-606-9173 and delete this message. Thank you.

Coffey Contractor