# Exhibit 308
# Email with AUSA re Settlement

# 16-cv-0508-JEB

 Gmail                                       CPS Legal Assistant <cpslegalassistant1@gmail.com>

## Fwd: Settlement Proposal - 16-cv-00508-JEB COFFEY v. BUREAU OF LAND MANAGEMENT (our file: Coffey Contractor)

Pete Sorenson <petesorenson@gmail.com>                            Thu, May 3, 2018 at 10:31 AM
To: Casey Scofield <cpslegalassistant1@gmail.com>

---------- Forwarded message ----------
From: **Pete Sorenson** <petesorenson@gmail.com>
Date: Sun, Aug 13, 2017 at 12:02 PM
Subject: Settlement Proposal - 16-cv-00508-JEB COFFEY v. BUREAU OF LAND MANAGEMENT (our file: Coffey Contractor)
To: "Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov>, Claire Whitaker <█████████████>, Daniel Stotter <dstotter@qwestoffice.net>

August 13, 2017

16-cv-00508-JEB COFFEY v. BUREAU OF LAND MANAGEMENT (our file: Coffey Contractor)

Dear Ms. Whitaker,

This email is being sent to you pursuant to FRE 408 as a possible settlement of the above referenced FOIA case.



Very truly yours,

C. Peter Sorenson
Sorenson Law Office

c: Daniel Stotter, counsel for plaintiff