# Exhibit 309
# Email with AUSA re Settlement

# 16-cv-0508-JEB

 Gmail

## Coffey Contractor - Settlement Package 11/8/17 4:40pmPT

**Pete Sorenson** <petesorenson@gmail.com>                    Thu, May 3, 2018 at 10:26 AM
To: Casey Scofield <cpslegalassistant1@gmail.com>

--------- Forwarded message ---------
From: **Pete Sorenson** <petesorenson@gmail.com>
Date: Wed, Nov 8, 2017 at 4:54 PM
Subject: Coffey Contractor - Settlement Package 11/8/17 4:40pmPT
To: "Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov>, Claire Whitaker <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>, Daniel
Stotter <dstotter@qwestoffice.net>

November 8, 2017

Ms. Claire Whitaker
Assistant U.S. Attorney
U.S. Attorney's Office
555 Fourth Street, NW - Civil Division
Washington, DC 20530

Phone No: (202) 252 - 2526

Re: Debbie Coffey v. Bureau of Land Management ,
United States District Court for the District of Columbia,
Case no.16-cv-00508-JEB (our file: Coffey Contractor)

Dear Ms. Whitaker,



This email is being sent to you pursuant to FRE 408 as a possible
settlement of the above referenced FOIA case,



Very truly yours,

C. Peter Sorenson
Sorenson Law Office

c: Daniel Stotter, co-counsel