# Exhibit 310
# Email with AUSA re Settlement

# 16-cv-0508-JEB

 Gmail

CPS Legal Assistant <cpslegalassistant1@gmail.com>

## Fwd: new settlement offer - Coffey v. BLM, 16-cv-00508-JEB (our file: Coffey Contractor)

Pete Sorenson <petesorenson@gmail.com>　　　　　　　　　　　　　Thu, May 3, 2018 at 10:29 AM
To: Casey Scofield <cpslegalassistant1@gmail.com>

---------- Forwarded message ----------
From: **Pete Sorenson** <petesorenson@gmail.com>
Date: Thu, Nov 30, 2017 at 10:34 AM
Subject: new settlement offer - Coffey v. BLM, 16-cv-00508-JEB (our file: Coffey Contractor)
To: "Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov>, Claire Whitaker <█████████████>, Daniel Stotter <dstotter@qwestoffice.net>

November 30, 2017

Ms. Claire Whitaker
Assistant U.S. Attorney
U.S. Attorney's Office
555 Fourth Street, NW - Civil Division
Washington, DC 20530

Phone No: (202) 252 - 2526

Re: Debbie Coffey v. Bureau of Land Management,
United States District Court for the District of Columbia,
Case no.16-cv-00508-JEB (our file: Coffey Contractor)

Dear Ms. Whitaker,

This email is being sent to you pursuant to FRE 408 as a possible settlement of the above referenced FOIA case, ████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

Very truly yours,

C. Peter Sorenson
Sorenson Law Office

c: Daniel Stotter, co-counsel