UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBBIE COFFEY,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Civil Action No. 16-508 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's Motion for Attorney Fees is GRANTED IN PART and DENIED IN PART; and

2. Defendant shall pay her $69,019 in attorney fees.

IT IS SO ORDERED.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  June 14, 2018